**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARTIN PAGE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-10208 |
| ) | |
| v. ) | Hon. Edmond E. Chang |
| ) | |
| CHM CAPITAL GROUP, LLC ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Now comes the Plaintiff, Martin Page, by and through his undersigned counsel, and hereby dismisses the above-captioned proceeding against Defendant, CHM Capital Group, LLC, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: April 6, 2015          By:    /s/ David B. Levin
                                                                  Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
79 W. Monroe Street, 5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that, on April 6, 2015, a copy of the foregoing Notice of Dismissal with Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                    /s/ David B. Levin
                                    Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Upright Litigation LLC
79 W. Monroe Street, 5th Floor
Chicago, IL 60603
Phone: (312) 940-8163
Fax: (866) 359-7478
dlevin@uprightlaw.com