UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Martin Page
                         Plaintiff,

v.                               Case No.: 1:14−cv−10208
                              Honorable Edmond E. Chang

CHM Capital Group, LLC
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 6, 2015:

      MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed with prejudice. Status hearing of 04/07/2015 is vacated. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.